UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNIPLEX CONSTRUCTION, LLC,

Plaintiff,

v.

KINSALE INSURANCE COMPANY,

Defendant.

C21-1050 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court finds this case is appropriate for mediation under Local Civil Rule 39.1. The parties are directed to conduct mediation upon completion of discovery as hereinafter provided.

(2) A settlement conference pursuant to Local Civil Rule 39.1(c)(2) must be completed by May 26, 2022. Mediation shall be completed no later than June 30, 2022, and a letter of compliance shall be filed with the Court no later than July 7, 2022.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

MINUTE ORDER - 1

Dated this 20th day of October, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2