The Honorable Thomas S. Zilly

UNITED STATES DISCTRICT COURT
WESTERN DISCTRICT OF WASHINGTON AT SEATTLE

UNIPLEX CONSTRUCTION, LLC, a Washington Limited Liability Company,

Plaintiff,

v.

KINSALE INSURANCE COMPANY; a foreign corporation,

Defendant.

NO. 2:21-cv-01050-TSZ

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

### I.   STIPULATION

COME NOW Uniplex Construction, LLC and Kinsale Insurance Company, by and through their attorneys of record, hereby agree and stipulate that all claims asserted in the above-entitled matter are dismissed with prejudice and without costs or attorneys' fees.

DATED this 18th day of March, 2022.

LETHER LAW GROUP

*/s/ Thomas Lether*
Thomas Lether, WSBA #18089
1808 Westlake Avenue N., Suite 100
Seattle, WA 98109
206.467.5444
tlether@letherlaw.com
*Attorneys for Kinsale Insurance Company*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL – 1

| | |
|---|---|
| 1 | ASHBAUGH BEAL LLP |
| 2 | */s/ James Grossman* |
| 3 | Richard T. Beal, Jr.<br>WSBA #9203 |
| 4 | rbeal@ashbaughbeal.com<br>James Grossman |
| 5 | WSBA #55843<br>jgrossman@ashbaughbeal.com |
| 6 | 701 5th Avenue, Suite 4400<br>Seattle, WA 98104 |
| 7 | (206) 386-5900<br>*Attorneys for Uniplex Construction, LLC* |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## I. ORDER OF DISMISSAL

Based on the foregoing Stipulation, it is hereby ORDERED:

1. That this action is hereby dismissed with prejudice;

2. This dismissal is effectuated without an award of fees or costs to any party.

DONE IN OPEN COURT this ___ day of _____ , 2022.

                                                                  _____
                                                                  The Honorable Thomas S. Zilly
                                                                  United States District Judge

**Presented By:**

LETHER LAW GROUP

*/s/ Thomas Lether*
Thomas Lether, WSBA #18089
1808 Westlake Avenue N., Suite 100
Seattle, WA 98109
206.467.5444
tlether@letherlaw.com
*Attorneys for Kinsale Insurance Company*


ASHBAUGH BEAL LLP

*/s/ James Grossman*
Richard T. Beal, Jr.
WSBA #9203
rbeal@ashbaughbeal.com
James Grossman
WSBA #55843
jgrossman@ashbaughbeal.com
701 5th Avenue, Suite 4400
Seattle, WA 98104
(206) 386-5900
*Attorneys for Uniplex Construction, LLC*

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certify under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

> Richard T. Beal, Jr.
> James Grossman
> Ashbaugh Beal
> 4400 Columbia Center
> 701 Fifth Avenue
> Seattle, WA 98104
> T: 206-386-5900
> rbeal@ashbaughbeal.com
> jgrossman@ashbaughbeal.com
> *Counsel for Uniplex Construction LLC*

**By:**     [ ] First Class Mail          [X] E-mail/ECF          [ ] Legal Messenger

DATED this 18th day of March 2022 at Seattle, Washington.

/s/ Nico Schulz
Nico Schulz | Legal Assistant

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL – 4

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544